# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                        Chapter 13

                        Bankruptcy No. 18-14953-MDC

PAULA B CAMPANELLI

449 CHESTERVILLE ROAD

LANDENBERG, PA 19350

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    PAULA B CAMPANELLI

    449 CHESTERVILLE ROAD

    LANDENBERG, PA 19350

Counsel for debtor(s), by electronic notice only.

    JOSEPH F CLAFFY
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382

                                                              /S/ William C. Miller

Date: 1/7/2020                                    _____

                                                             William C. Miller, Esquire
                                                             Chapter 13 Standing Trustee