**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: PAULA B. CAMPANELLI | Chapter 13 |
| Debtor(s) | Bky. No. 18-14953 mdc |

**CERTIFICATION OF SERVICE AND NO RESPONSE**
**TO NOTICE OF FEE APPLICATION**

I, Joseph F. Claffy, Esquire, Attorney for Debtor in the above case do hereby certify that on the 15th Day of November, 2019 I did serve a true and correct copy of Debtor's Counsel's Notice of Application for Approval of Fees in appropriate form filed with the application, upon the below listed individuals by U.S. Mail unless noted as served via ECF. I further certify that no response or objection to the said application has been received by me or filed in the matter to date and that more than twenty days have expired since the filing of the said motion.

Date: February 19th, 2020                                     /s/Joseph F. Claffy

**Parties or Persons Served:**

U.S. Trustee
833 Chestnut Street Suite 500
Phila PA 19107
    served via ECF

William C. Miller
Standing Chapter 13 Trustee
Via ECF

Debtor(s), all creditors and parties in interest or requesting notice via U.S. Mail on November 15th, 2019.

/s/ Joseph F. Claffy
Joseph F. Claffy, Esquire Joseph F. Claffy & Associates, P.C. 26 South Church Street West Chester, PA 19382 610 429-0900 610 429-9550 fax Claffylaw@aol.com