IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Paula B Campanelli** | : | Case No. **18-14953-MDC** |
| | : | |
| Debtor | : | Chapter 13 |

## ORDER APPROVING LEGAL FEE

AND NOW, this  19th  day of  March  2020, upon consideration of the within application filed by Joseph F. Claffy, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED as follows:

1) Debtor(s)' Counsel's fee of $6,000.00 and costs of $0.00 for a total of $6.000.00 is hereby approved; and

2) Payment of $3,310.00 to the undersigned counsel for the Debtor in the Debtor's Chapter 13 Plan is hereby approved.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge