United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14953-mdc
Paula B Campanelli                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1           Date Rcvd: Mar 19, 2020
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2020.
db              +Paula B Campanelli,   449 Chesterville Road,    Landenberg, PA 19350-9503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2020 at the address(es) listed below:
      JOSEPH F. CLAFFY    on behalf of Debtor Paula B Campanelli claffylaw@gmail.com, claffylaw@aol.com;claffylawecf@gmail.com
      KARINA  VELTER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
      KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Select Portfolio Servicing, Inc. bkgroup@kmllawgroup.com
      SARAH ELISABETH BARNGROVER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper amps@manleydeas.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                       TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Paula B Campanelli**           :     Case No. **18-14953-MDC**
                                        :
         Debtor                         :     Chapter 13

## ORDER APPROVING LEGAL FEE

AND NOW, this  19th  day of   March   2020, upon consideration of the within application filed by Joseph F. Claffy, Esquire, the Court finds that the fee for representing the above-named Debtor(s), is reasonable in light of the services performed by Counsel, and it is therefore:

ORDERED as follows:

1) Debtor(s)' Counsel's fee of $6,000.00 and costs of $0.00 for a total of $6.000.00 is hereby approved; and

2) Payment of $3,310.00 to the undersigned counsel for the Debtor in the Debtor's Chapter 13 Plan is hereby approved.

By the Court:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge