United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14953-mdc
Paula B Campanelli                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP            Page 1 of 2             Date Rcvd: Mar 26, 2020
                             Form ID: pdf900        Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
```
db          +Paula B Campanelli,   449 Chesterville Road,   Landenberg, PA 19350-9503
cr          +Select Portfolio Servicing, Inc.,   c/o KEVIN G. MCDONALD,   701 Market St. Suite 5000,
              Philadelphia, PA 19106-1541
14171729    +Nationstar Mortgage,   8950 Cypress Waters Boulevard,   Coppell, TX 75019-4620
14176547    +Nationstar Mortgage LLC d/b/a Mr. Cooper,   Attn: BK Department,   PO Box 619094,
              Dallas TX 75261-9094
14412042    +Select Portfolio Servicing, Inc.,   c/o KEVIN G. MCDONALD,   KML LAW GROUP, P.C.,
              701 Market St. Suite 5000,   Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Mar 27 2020 03:42:06    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:41:57
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 27 2020 03:42:01    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:43:40    Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14171727     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:44:36    Capital One,
              P.O. Box 85667,   Richmond, VA 23285-5667
14202011     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:44:37
              Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
14171728     E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:41:48    Discover Financial Services,
              POB 15316,   Wilmington, DE 19850
14181564     E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:41:48    Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14172403    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:44:36
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14411209     E-mail/Text: jennifer.chacon@spservicing.com Mar 27 2020 03:42:10
              Select Portfolio Servicing, Inc.,   Attn: Remittance Processing,   P.O. Box 65450,
              Salt Lake City, UT 84165-0450
14171730    +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:43:40    Synchrony Bank/Walmart,
              P.O. Box 965024,   Orlando, FL 32896-5024
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
```
          JOSEPH F. CLAFFY    on behalf of Debtor Paula B Campanelli claffylaw@gmail.com,
           claffylaw@aol.com;claffylawecf@gmail.com
          KARINA VELTER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           amps@manleydeas.com
          KEVIN G. MCDONALD    on behalf of Creditor    Select Portfolio Servicing, Inc.
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Select Portfolio Servicing, Inc.
           bkgroup@kmllawgroup.com
          SARAH ELISABETH BARNGROVER    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
           amps@manleydeas.com
```

```
District/off: 0313-2          User: PaulP              Page 2 of 2              Date Rcvd: Mar 26, 2020
                              Form ID: pdf900          Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
           WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
            philaecf@gmail.com
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                 TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: PAULA B. CAMPANELLI  :  Chapter 13
: 
:  No. 18-14953 mdc

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. 1326(a)(2).

Dated:  March 26, 2020

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE